IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GENELLE RUTH                                                                                       PLAINTIFF

v.                                          Case No. 2:12-CV-02190

NESTLE USA, INC.; and GERBER PRODUCTS COMPANY                         DEFENDANTS

ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss. (Doc. 15). Plaintiff represents that this matter has been settled and requests that the Court dismiss all claims. Accordingly, the Court finds that the instant matter should be dismissed with prejudice, subject to the terms of any settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (Doc. 15) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE